FILED

01/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0720

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. 23-0720

STEPHEN D. BEHLMER,

       Petitioner and Appellant,

v.

CRUM REAL PROPERTIES, LLC, TONYA MCCORMACK, BRAD W. AND JANEEN A. ECKERT, SEAN F. AND JENET A MELTON, KEVIN M. & LORI A. HEIT, WANDA D. MCCALLUM & KENT B. WHITING, DENNIS L. & DEBORAH GRISAMORE, BRIAN ROBERT MEYERS & DEBRA JOYCE MEYERS, TRUSTEES OF THE BRIAN & DEBRA MEYERS TRUST, CHRISTOPHER J. & TONI M. RIES, MICHAEL R. & TANNIA M. STEBBINS, BRIAN KYLE HOLLING a/k/a BRIAN K. HOLLING, TAMARA G. & MARGIE O. JONES, BRETT KYLE HOLLING, WILLIAM J. GILES & ARLENE F. THURSTON, and JOHN AND JANE DOES 1-20,,

       Respondents and Appellees.

## ORDER GRANTING EXTENSION

Upon consideration of Appellant's motion for a thirty (30) day extension of time to file his Opening Brief, and good cause appearing therefor,

APPELLANT'S MOTION IS HEREBY GRANTED. Appellant has until February 14, 2024 to file his Opening Brief in this matter.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 11 2024